998

Margaret Thompson ALLEN, v. G. E. ELL-
INGSON, as Receiver of the First Na-
tional Bank of Beverly Hills, a National
Banking Association.

R. S. ELLIOTT v. G. E. ELLINGSON, etc.
Paul H. HELMS v. ELLINGSON, etc.
Geo. B. MAUSER v. ELLINGSON, etc.
Nos. 9003-9006.

Circuit Court of Appeals, Ninth Circuit.
Oct. 10, 1938.

Clyde Thomas and Faries & McDowell,
all of Los Angeles, Cal., for appellants.

Rollin L. McNitt, of Los Angeles, Cal.,
for appellee.

Before WILBUR, GARRECHT, and
DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respec-
tive parties, ordered appeal in each of above
causes dismissed; that a judgment of dis-
missal be filed and entered in each cause,
without costs to either party, and that the
appellant and sureties on the bond in each
appeal be released and the liability of the
obligors discharged; mandate in each cause
to issue forthwith.

The BALTIMORE & OHIO RAILROAD
COMPANY v. The CINCINNATI UNION
STOCK YARD COMPANY.
No. 7512.

Circuit Court of Appeals, Sixth Circuit.
Oct. 5, 1938.

Waite, Schindel & Bayless, of Cincin-
nati, Ohio, for appellant.

Paxton & Seasongood, of Cincinnati,
Ohio, for appellee.

Before HICKS, ALLEN, and HAMIL-
TON, Circuit Judges.

PER CURIAM.

This day this cause came on to be heard
on the motion of appellant, the Baltimore &
Ohio Railroad Company, to dismiss this ap-
peal, and was submitted to the court.

Upon consideration whereof, the court
finds that the appellant having moved the
dismissal of this appeal, the same should be
dismissed.

Wherefore, it is considered, ordered and
decreed that this appeal be and it hereby is
dismissed at the costs of appellant.

Eugene BASTIDA v. The UNITED STATES
of America.
No. 9010.

Circuit Court of Appeals, Ninth Circuit.
Oct. 10, 1938.

Fred McDonald, of San Francisco, Cal.,
for appellant.

Frank J. Hennessy, U. S. Atty., of San
Francisco, Cal.

Before WILBUR, GARRECHT, and
DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respec-
tive parties, ordered appeal herein dis-
missed; that a judgment be filed and en-
tered accordingly, and the mandate of this
court issue forthwith.